Petition for Reinstatement from Inactive Status.

No. 112 DB 1999.

Supreme Court of Pennsylvania.

June 6, 2000.

### ORDER

PER CURIAM:

AND NOW, this 6th day of June, 2000, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated May 3, 2000, are approved and IT IS ORDERED that LOREN JILL ELLIS, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

Lawrence LUCAS

v.

WORKERS' COMPENSATION APPEAL BOARD (KLEEN ALL OF AMERICA, INC.).

Appeal of Kleen All of America, Inc.

Supreme Court of Pennsylvania.

Submitted March 7, 2000.
Decided June 19, 2000.

Jonathan F. Ball, Philadelphia, for Kleen All of America.

Neil Marcus, Monongahela, for Lawrence Lucas.

David Hawkins, Secretary, James A. Holzman, Deputy Chief Counsel, Amber M. Kenger, Asst. Counsel, for W.C.A.B.

D. Michael Fisher, Atty. Gen., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

AND NOW, this 19 th day of June, 2000, the Order of the Commonwealth Court dated February 17, 1999 at No. 2691 C.D. 1998, is hereby REVERSED. *See American Manufacturers Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 119 S.Ct. 977, 143 L.Ed.2d 130 (1999), *rev'g Sullivan v. Barnett*, 139 F.3d 158 (3d Cir.1998).

It is also ordered that this case be remanded to the Workers' Compensation Judge for a calculation of the credit, if any,

that is due Kleen All of America, Inc. for payments made to Doyle L. Tarwater, M.D. for medical treatment of appellee from December 27, 1994 through to May 29, 1996.

Jurisdiction relinquished.